UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE RIVERA and
JOSE FARFAN,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                     Plaintiffs,

v.

A1 RENOVATIONS NY INC.,
And JORGE GORDILLO

                     Defendants.

---

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2018 ★
BROOKLYN OFFICE

Case No.: 18-cv-1355

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of Plaintiffs JOSE RIVERA and JOSE FARFAN, are hereby dismissed, without prejudice, in their entirety as against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 13, 2018
       New York, New York

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

**SO ORDERED:**

Dated: July 17, 2018

s/Carol Bagley Amon
_____
United States District Judge